1
2
3
4
5
6
7

—O—

8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

2:97-CR-595-WDK

15  UNITED STATES OF AMERICA,
16              Plaintiff,
17       v.
18  Michael Freeman
19
20              Defendant.

) ORDER OF DETENTION AFTER
) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
) Allegations of Violations of Probation
) Supervised Release)
) Conditions of Release)

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  ( )   the appearance of defendant as required; and/or
   (B)  ( )   the safety of any person or the community.

//
//

The court concludes:

A. [x] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct or from abuse of controlled substances._

(B) [x] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he cannot obey conditions of release_

IT IS ORDERED that defendant be detained.

DATED: 5/14/10

_Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE